```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 17943
   JOHN LUCAS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2162


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/01/2007 and was not confirmed.

      The case was dismissed without confirmation 12/05/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP     SECURED VEHIC    10422.00              .00              .00
CREDIT ACCEPTANCE CORP     UNSECURED        NOT FILED             .00              .00
IL DEPT OF HEALTHCARE &    DSO ARREARS      NOT FILED             .00              .00
IL DEPT OF HEALTHCARE &    UNSECURED        NOT FILED             .00              .00
IL DEPT OF HEALTHCARE &    DSO ARREARS      NOT FILED             .00              .00
GALWAY FINANCIAL SVC LLC   UNSECURED         1488.29              .00              .00
ARNOLD SCOTT HARRIS        UNSECURED        NOT FILED             .00              .00
ASSET ACCEPTANCE LLC       UNSECURED          854.81              .00              .00
ASSET ACCEPTANCE LLC       UNSECURED          222.02              .00              .00
GEMB/BANANA REP            UNSECURED        NOT FILED             .00              .00
NUVELL CREDIT CO LLC       UNSECURED         9016.74              .00              .00
GALWAY FINANCIAL SVC LLC   UNSECURED              .00             .00              .00
ASSET ACCEPTANCE LLC       UNSECURED          139.11              .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,493.00                                .00
TOM VAUGHN                 TRUSTEE                                                  .00
DEBTOR REFUND              REFUND                                                   .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                    --------------        --------------
TOTALS                       .00                      .00




                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17943 JOHN LUCAS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 03/26/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```